**ORDERED.**

**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

Dated: October 22, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 2:09-BK-16659-EWH |
| Michael Joseph Rommeney and ) | |
| Mary K. Rommeney, ) | |
| ) | ORDER TO EMPLOYER OR |
| ) | OTHER ENTITY TO PAY TRUSTEE |
| Debtor. ) | |
| _____ ) | |

      The above named Debtor, has pending in this Court, a case for the adjustment of debts of an individual with regular income, and therefore, has submitted future earnings or other income to the supervision of the Trustee. Pursuant to 11 U.S. C. § 1325 (b) the Court may order any entity from which the Debtor receives income to pay any part of it to the Trustee. Pursuant to 11 U.S. C. § 105(a), the Court may issue any Order, process or judgment that is necessary or appropriate to carry out the provisions of Title 11, United States Code. It appears that the Debtor receives earnings or other income from the entity named below

      Accordingly, it is ORDERED that, beginning with the first pay period following receipt of this order:

      PHOENIX CHILDRENS HOSPITAL
      1919 EAST THOMAS ROAD
      PHOENIX AZ 85006

shall deduct the sum of $253.84 from the Debtor's net pay each pay period and remit the sums withheld to:

      RUSSELL BROWN
      3838 N CENTRAL AVE, SUITE 800
      PHOENIX, AZ 85012-1965

      The deduction shall also be made from any periodic payment for vacation, termination, or other benefit. If the Debtor's net earnings or other income for any pay period

1

is less than the above amount, remit the total net earnings or income. Payments to the Trustee MUST show the Debtor's name and case number and shall be made at least once a month. It is further ORDERED that the Employer shall:

(1) Not suspend or terminate the Debtor's employment or take any other punitive or disciplinary action on account of the issuance of this order.

(2) Notify the Trustee of termination of the Debtor's employment or other source of income.

(3) Pay to the Debtor in accordance with its usual payments procedure all earnings or other income not withheld pursuant to the Orders of this Court, the laws of the United States, the laws of any state or political subdivision, or any insurance, pension, or union dues agreements between the Debtor and the employer.

(4) Make no deductions from the Debtors earnings or other income for any garnishments, wage assignment or credit union, except as allowed by Order of this Court. You are to continue withholding alimony or child support.

IT IS FURTHER ORDERED that this supersedes previous Orders, if any, to the above-named entity.

DATED:_____          _____
                          United States Bankruptcy Judge